[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-11475

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 1, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-01761 CV-AR-S

BERNARD WILKERSON,

Plaintiff-Appellant,

versus

CITY OF BIRMINGHAM, ALABAMA, a body politic,
TIMOTHY SCOTT ZIMMERMAN, individually and
in his official capacity as an employee of the City of
Birmingham, Alabama,

Defendants-Appellees,

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 1, 2008)**

Before EDMONDSON, Chief Judge, WILSON, Circuit Judge, and ALTONAGA,[*]
District Judge.

_____

[*]Honorable Cecilia M. Altonaga, United States District Judge for the Southern District of Florida,
sitting by designation.

PER CURIAM:

This appeal is from the grant of summary judgment to a policeman defendant and his municipal employer. The case is a civil action for damages based on an alleged unlawful seizure of plaintiff: the policeman shot and seriously injured plaintiff.

We have heard oral argument. We have also reviewed the record, including a video tape recording from the convenience store at which the shooting occurred and an affidavit from plaintiff in which he, among other things, set out evidence of his peaceful character.

No reversible error has been demonstrated. We affirm the judgment.

**AFFIRMED.**